391 A.2d 678

Commonwealth v. Christian, Appellant.

Submitted June 28, 1976. Gary A. Delafield, Assistant Public Defender, for appellant; C. Kent Price, Assistant District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: This case is remanded to the lower court to allow appellant to file a petition to withdraw his guilty plea nunc pro tunc. *Commonwealth v. Lee*, 460 Pa. 324, 333 A.2d 749 (1975); *Commonwealth v. Roberts*, 237 Pa.Super. 336, 352 A.2d 140 (1975).

WATKINS, former P.J., did not participate in the consideration or decision of this case.